## RECORD OF GRAND JURY BALLOT

C/ 4:22cr580

THE UNITED STATES   V.   BHAGAVAN MAHAMAYAVI ANTLE, a/k/a KEVIN ANTLE, a/k/a DOC ANTLE, ANDREW JON SAWYER, a/k/a OMAR SAWYER, MEREDITH BYBEE, a/k/a MOKSHA BYBEE, CHARLES SAMMUT, and JASON CLAY

RECEIVED   (SEALED UNTIL FURTHER ORDER OF THE COURT)

JUN 28 2022

FLORENCE, S.C.