# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. : 4:22-cr-00580-CRI-5

Jason Clay

## PLEA

The Defendant acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads not guilty in open court.

_____
(Signed)       Defendant

Florence, South Carolina
August 9, 2022