FID-11442683

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2022 JUN 30 AM 10:08
UNITED STATES MARSHALS
COLUMBIA, SC

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:22cr00580 |
| JASON CLAY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON CLAY
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Title 16, United States Code, Sections 3372(d)(2), 3373(d)(3)(A)(ii), 1538(a)(1)(E)&(F), 1540(b)(1)
  Title 18, United States Code, Sections 2
  Title 28, United States Code, Secion 2461(c)



Date:  06/29/2022

City and state:   Florence, SC

s/Sharon Welch Meyer
Deputy Clerk   *Issuing officer's signature*

ROBIN BLUME, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* JUN 30 2022, and the person was arrested on *(date)* 8/9/2022
at *(city and state)* Florence, SC

Date:  8/9/2022

Self surrender - USMS D/SC
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*