# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

UNITED STATES OF AMERICA          Crr. No. 4:22-cr-00580-JD

V                                 ORDER FOR CONTINUANCE

Jason Clay

The Court finds, based on the reasons set out in the Defendant's motion for a continuance ( ECF No. 144) and based on the consent of the government, that a continuance is justified. The Court finds that the ends of justice are best served by the granting of this continuance and outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial of this case is continued from the Court's term scheduled for __September 13, 2022__ term of court to the __December 5, 2022__ term of Court, and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Florence, S. C.
Date:  August 18, 2022

Joseph Dawson, III
United States District Judge